UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KAMAL ELAYYAN § Case No. 1:11-48821-JPC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/N. Neville Reid, Trustee_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-48821 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KAMAL ELAYYAN | | | | Date Filed (f) or Converted (c): | 12/04/2011 (f) |
| | | | | | 341(a) Meeting Date: | 01/17/2012 |
| For Period Ending: | 09/19/2014 | | | | Claims Bar Date: | 07/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND<br><br>Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br><br>Checking Account at Chase Banl | 200.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD FURNISH.<br><br>Household Goods and Furniture<br>Location: 9306 S. Oketo Ave, Bridgeview IL 60455 | 750.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL<br><br>Wardrobe of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLE - 2004 BMW<br><br>2004 BMW 745LI 110,000 miles | 14,500.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE - 1998 Toyota<br><br>1998 Toyota Camry | 3,500.00 | 550.00 | | 0.00 | FA |
| 7. CONTINGENT CLAIMS                    (u)<br><br>Settlement with GlaxoSmithKline ("GSK") re: Avandia claim. Case No. 211031 | 0.00 | 105,054.40 | | 105,054.40 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $19,550.00 | $105,604.40 | | $105,054.40 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Status April 2014:   Trustee moved to reopen case to administer PI claim proceeds received from counsel for plaintiff group, which includes debtor, related to unscheduled personal injury claim from debtor's use of diabetes drug. Court entered order reopening case on April 15, 2014 [Dkt. 30]. Proceeds of $40,469 were received in March 2014 and $15,647 balance of proceeds was received in April 2014. Bar date is set for 7-17-2014 [Dkt. 31].

Exhibit A

Initial Projected Date of Final Report (TFR): 12/30/2015        Current Projected Date of Final Report (TFR): 09/30/2014

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0695 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/19/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/14 | | WILLIAMS, KHERKHER, HART & BOUNDAS, 8441 Gulf Freeway, Suite 600 Houston, TX 77017 713-230-2200 | AVANDIA CLAIM (Interim Pymt) | | $40,464.49 | | $40,464.49 |
| | | | Gross Receipts $89,406.80 | | | | |
| | | PAYMENT TO MEDICARE/LIEN HOLDERS WILLIAMS, KHERKHER, HART & BOUNDAS Payment for Court Order Medicaid Lien & Admin. Fee. | Government Liens ($5,888.28) | 4210-000 | | | |
| | | COURT ORDERED ADMIN EXPENSES FOR PI WILLIAMS, KHERKHER, HART & BOUNDA Court Ordered Multi-District Litigation Expense charge (0.75 of Gross Settlement) | Court Order Multi District LIT Exp ($787.91) | 2990-000 | | | |
| | | WILLIAMS KHERKHER HART & BOUNDAS WILLIAMS, KHERKHER, HART & BOUNDAS | PI Attorneys Expenses ($244.36) | 3702-000 | | | |
| | | COURT ORDERED ADMIN EXPENSES FOR PI WILLIAMS, KHERKHER, HART & BOUNDAS (6.25% of Gross Settlement) | Court Ordered MDL PSC Fee Charge ($6,565.90) | 2990-000 | | | |
| | | WILLIAMS KHERKHER HEART BOUNDAS WILLIAMS, KHERKHER, HART & BOUNDAS, | PI Attorneys Fee 40.0% ($35,455.86) | 3701-000 | | | |
| | 7 | | CONTINGENT CLAIMS $89,406.80 | 1249-000 | | | |
| 04/04/14 | 7 | WILLIAMS KHERKHER HART & BOUNDAS, L 8441 Gulf Freeway, Suite 600 Houston, TX 77017 | AVANDIA CLAIM (Final Pymt) | 1249-000 | $15,647.60 | | $56,112.09 |

| UST Form 101-7-TFR (5/1/2011) (Page: 5) | Page Subtotals: | $56,112.09 | $0.00 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0695 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/19/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Term: 02/01/14 to 02/01/15 Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $25.01 | $56,087.08 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $56,077.08 |
| 04/16/14 | 300002 | ELAYYAN, KAMAL 9306 S. OKETO AVEBRIDGEVIEW, IL 60455 | Personal Injury Exemption of $15,000.00 against Avandia Claim settlement with Glaxo Smith Kline ("GSK") per Williams & Kherkher (713-230-2200). | 8100-002 | | $15,000.00 | $41,077.08 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $68.35 | $41,008.73 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.97 | $40,947.76 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.91 | $40,888.85 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $56,112.09 | $15,223.24 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $56,112.09 | $15,223.24 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $56,112.09 | $223.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $0.00     $15,223.24

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0695 - Checking Account (Non-Interest Earn | $56,112.09 | $223.24 | $40,888.85 |
|  | $56,112.09 | $223.24 | $40,888.85 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $48,942.31 |
|---|---|
| Total Net Deposits: | $56,112.09 |
| Total Gross Receipts: | $105,054.40 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-48821-JPC  
Debtor Name: KAMAL ELAYYAN  
Claims Bar Date: 7/17/2014  

Date: September 19, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 3701 | WILLIAMS KHERKHER HEART BOUNDAS<br>Williams Kherkher Heart Boundas | Administrative | | $0.00 | $35,455.86 | $35,455.86 |
| 1 3702 | WILLIAMS KHERKHER HART & BOUNDAS<br>Williams Kherkher Hart & Boundas | Administrative | | $0.00 | $244.36 | $244.36 |
| 50 4210 | PAYMENT TO MEDICARE/LIEN HOLDERS<br>Payment to Medicare/Lien Holders | Secured | | $0.00 | $5,888.28 | $5,888.28 |
| 100 2100 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $7,752.72 | $7,752.72 |
| 100 2700 | United States Bankruptcy Court<br>Attn: Finance Dept.<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Administrative | Fee Deferred - Motion to Reopen Case. | $0.00 | $260.00 | $260.00 |
| 100 3110 | FOX HEFTER SWIBEL LEVIN & CARROLL<br>200 W. Madison Street - Suite 3000<br>Chicago, IL 60606 | Administrative | | $0.00 | $3,865.50 | $3,865.50 |
| 1 300 7100 | ATLAS ACQUISITIONS LLC ASSIGNEE OF FIRST EQUITY CARD CORPORATION<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Unsecured | | $0.00 | $5,180.04 | $5,180.04 |
| 2 300 7100 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $1,921.57 | $1,921.57 |
| 3 300 7100 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $3,705.60 | $3,705.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-48821-JPC  
Debtor Name: KAMAL ELAYYAN  
Claims Bar Date: 7/17/2014  

Date: September 19, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 4 300 7100 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $0.00 | $3,144.39 | $3,144.39 |
| 5 300 7100 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $0.00 | $8,569.08 | $8,569.08 |
| 6 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $4,121.03 | $4,121.03 |
| 7 300 7100 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $3,655.86 | $3,655.86 |
| 999 2300 | BOND PAYMENT<br>Bond Payment | Administrative | | $0.00 | $25.01 | $25.01 |
| 999 2990 | COURT ORDERED ADMIN EXPENSES FOR PI<br>MultiDistric PSC Fee | Administrative | | $0.00 | $6,565.90 | $6,565.90 |
| 999 2990 | COURT ORDERED ADMIN EXPENSES FOR PI<br>Muliti Distric Lit Exp | Administrative | | $0.00 | $787.91 | $787.91 |
| 999 8100 | KAMAL ELAYYAN<br>9306 S. OKETO AVE<br>BRIDGEVIEW, IL 60455 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| | Case Totals | | | $0.00 | $106,143.11 | $106,143.11 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:11-48821-JPC
Case Name: KAMAL ELAYYAN
Trustee Name: N. Neville Reid, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | PAYMENT TO MEDICARE/LIEN HOLDERS | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ | $ | $ |
| Attorney for Trustee Fees: FOX HEFTER SWIBEL LEVIN & CARROLL | $ | $ | $ |
| Charges: United States Bankruptcy Court | $ | $ | $ |
| Other: BOND PAYMENT | $ | $ | $ |
| Other: COURT ORDERED ADMIN EXPENSES FOR PI | $ | $ | $ |
| Other: COURT ORDERED ADMIN EXPENSES FOR PI | $ | $ | $ |
| Other: WILLIAMS KHERKHER HART & BOUNDAS | $ | $ | $ |
| Other: WILLIAMS KHERKHER HEART BOUNDAS | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____

  Remaining Balance    $_____

  Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | $ | $ | $ |
| 2 | CAPITAL ONE BANK USA NA | $ | $ | $ |
| 3 | CAPITAL ONE BANK USA NA | $ | $ | $ |
| 4 | PNC BANK N. A. | $ | $ | $ |
| 5 | PNC BANK N. A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 7 | FSB AMERICAN EXPRESS BANK | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____


    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE