# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 11-48821 |
| KAMAL ELAYYAN, | **)** | |
| | **)** | Hon. Jacqueline P. Cox |
| Debtor. | **)** | |
| | **)** | **Date: November 6, 2014** |
| | **)** | **Time: 9:30 A.M.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on October 1, 2014, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 39]; **Trustee's Final Application for Compensation** [Dkt. 38]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 37], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

# SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Bassam S. Abdallah on behalf of Debtor Kamal Elayyan
bassam@abdallah-law.com, bsalaws@yahoo.com

Toni Dillon on behalf of Creditor PNC Bank, N.A.
tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

N. Neville Reid
nreid@fslc.com, nreid@ecf.epiqsystems.com

N. Neville Reid on behalf of Trustee N. Neville Reid
nreid@fslc.com, bkdocket@fslc.com;kgoin@fslc.com;abouse@fslc.com


**Parties to receive notice via first-class U.S. mail postage prepaid:**


| | | |
|---|---|---|
| AMERICAN EXPRESS BANK<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | CAPITAL ONE BANK USA NA<br>AMERICAN INFOSOURCE LP<br>P.O. BOX 71083<br>CHARLOTTE, NC 28272-1083 | KAMAL ELAYYAN<br>9306 S. OKETO AVE<br>BRIDGEVIEW, IL 60455 |
| ATLAS ACQUISITIONS LLC<br>ASSIGNEE OF FIRST EQUITY CARD<br>CORPORATION<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE 19850-5298 | PNC<br>8800 TIRICUM BLVD<br>PHILADELPHIA, PA 19153-3198 |
| BAC/FLEET-BKCARD<br>200 TOURNAMENT DR<br>HORSHAM, PA 19044-3606 | CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | PNC BANK, N.A.<br>1270 NORTHLAND DRIVE<br>SUITE 200<br>MENDOTA HEIGHTS, MN 55120-1176 |
| BASSAM S. ABDALLAH<br>ATTORNEY AT LAW<br>134 N. LASALLE SUITE 650<br>CHICAGO, IL 60602-1037 | CITIBANK<br>P.O. BOX 22828<br>ROCHESTER, NY 14692-2828 | US BANK<br>P.O. BOX 5229<br>CINCINNATI OH 45201-5229 |

2

3

| | | |
|---|---|---|
| BMO HARRIS BANK<br>P.O. BOX 94034<br>PALATINE, IL 60094-4034 | FIFTH THIRD BANK<br>5050 KINGSLEY DR<br>CINCINNATI, OH 45227-1115 | VERIZON WIRELESS/GREAT<br>1515 WOODFIELD RD<br>SUITE 140<br>SCHAUMBURG, IL 60173-5443 |
| CACH LLC<br>4340 S MONACO ST<br>UNIT 2<br>DENVER, CO 80237-3408 | HSBC BANK<br>P.O. BOX 5253<br>CAROL STREAM, IL 60197-5253 | FIFTH THIRD BANK<br>P.O. BOX 829009<br>DALLAS, TX 75382 |

3