UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
KAMAL ELAYYAN                     §     Case No. 1:11-48821-JPC
                                  §
         Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                219 S. Dearborn Street
                Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/06/2014 in Courtroom 680,
                United States Bankruptcy Court
                219 South Dearborn Street
                Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/01/2014          By: /s/ N. Neville Reid
                                                            Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| KAMAL ELAYYAN | § | Case No. 1:11-48821-JPC |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 105,054.40 |
| and approved disbursements of | $ | 64,165.55 |
| leaving a balance on hand of[1] | $ | 40,888.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | PAYMENT TO MEDICARE/LIEN HOLDERS | $ 5,888.28 | $ 5,888.28 | $ 5,888.28 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 40,888.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: N. NEVILLE REID | $ 7,752.72 | $ 0.00 | $ 7,752.72 |
| Attorney for Trustee Fees: FOX HEFTER SWIBEL LEVIN & CARROLL | $ 3,865.50 | $ 0.00 | $ 3,865.50 |
| Charges: United States Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: BOND PAYMENT | $ 25.01 | $ 25.01 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: COURT ORDERED ADMIN EXPENSES FOR PI | $ 6,565.90 | $ 6,565.90 | $ 0.00 |
| Other: COURT ORDERED ADMIN EXPENSES FOR PI | $ 787.91 | $ 787.91 | $ 0.00 |
| Other: WILLIAMS KHERKHER HART & BOUNDAS | $ 244.36 | $ 244.36 | $ 0.00 |
| Other: WILLIAMS KHERKHER HEART BOUNDAS | $ 35,455.86 | $ 35,455.86 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $       11,878.22

Remaining Balance                                            $       29,010.63


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,297.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | $ 5,180.04 | $ 0.00 | $ 4,960.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAPITAL ONE BANK USA NA | $ 1,921.57 | $ 0.00 | $ 1,839.95 |
| 3 | CAPITAL ONE BANK USA NA | $ 3,705.60 | $ 0.00 | $ 3,548.20 |
| 4 | PNC BANK N. A. | $ 3,144.39 | $ 0.00 | $ 3,010.83 |
| 5 | PNC BANK N. A. | $ 8,569.08 | $ 0.00 | $ 8,205.09 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $ 4,121.03 | $ 0.00 | $ 3,945.98 |
| 7 | FSB AMERICAN EXPRESS BANK | $ 3,655.86 | $ 0.00 | $ 3,500.57 |

Total to be paid to timely general unsecured creditors     $     29,010.63

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ N. Neville Reid  
Chapter 7 Trustee

*N. Neville Reid, Trustee*

*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kamal Elayyan  
     Debtor

Case No. 11-48821-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: nmolina      Page 1 of 2      Date Rcvd: Oct 02, 2014  
                      Form ID: pdf006     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2014.
```
db             #+Kamal Elayyan,    9306 S. Oketo Ave,    Bridgeview, IL 60455-2158
22145368         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22145367         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18132728        +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
21852072       +++Atlas Acquisitions LLC assignee of,    First Equity Card Corporation,    294 Union St.,
                 Hackensack, NJ 07601-4303
18132729        +Bac/Fleet-Bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
18132730        +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
18132732       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18132734       ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Chase Bank Usa, Na,    Po Box 9180,    Pleasanton, CA 94566)
21863445       +++Capital One Bank USA NA,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
18132733        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18132735        +Citibank,    Po Box 22828,    Rochester, NY 14692-2828
18132736        +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
18132737        +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18331440        +PNC,    8800 Tiricum Blvd,    Philadelphia, PA 19153-3198
22019252        +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
18132738        +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
18331441       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    PO Box 5229,    Cincinnati, OH 45201)
18132739        +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-5443
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18621878        +E-mail/Text: bnc@atlasacq.com Oct 03 2014 00:48:53     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
18132731        +E-mail/Text: ebn@squaretwofinancial.com Oct 03 2014 00:50:29     Cach Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3408
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2014                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2014 at the address(es) listed below:
```
              Bassam S. Abdallah    on behalf of Debtor Kamal  Elayyan bassam@abdallah-law.com,
               bsalaws@yahoo.com
              N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
              N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,
               bkdocket@fslc.com;kgoin@fslc.com;abouse@fslc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Oct 02, 2014
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Toni  Dillon    on behalf of Creditor    PNC Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                        TOTAL: 5