UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KAMAL ELAYYAN § Case No. 1:11-48821-JPC
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/N. Neville Reid, Trustee_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KAMAL ELAYYAN |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 |  |  |  |  |  |
|  | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PAYMENT TO MEDICARE/LIEN HOLDERS | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | | | | | |
| BOND PAYMENT | | | | | |
| ASSOCIATED BANK | | | | | |
| United States Bankruptcy Court | | | | | |
| COURT ORDERED ADMIN EXPENSES FOR PI | | | | | |
| FOX SWIBEL LEVIN & CARROLL LLP | | | | | |
| WILLIAMS KHERKHER HEART BOUNDAS | | | | | |
| WILLIAMS KHERKHER HART & BOUNDAS | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bac/Fleet-Bkcard 200 Tournament Dr Horsham, PA 19044 | | | | | |
| | Cach Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Bank Usa, Na Po Box 9180 Pleasanton, CA 94566 | | | | | |
| | Chase Bank Usa, Na Po Box 9180 Pleasanton, CA 94566 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citibank Po Box 22828 Rochester, NY 14692 |  |  |  |  |  |
|  | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 |  |  |  |  |  |
|  | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 |  |  |  |  |  |
|  | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Pnc Bank Po Box 3180 Pittsburgh, PA 15230 |  |  |  |  |  |
|  | Verizon Wireless/Great 1515 Woodfield Rd Ste140 Schaumburg, IL 60173 |  |  |  |  |  |
| 6 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 1 | ATLAS ACQUISITIONS LLC ASSIGNEE OF |  |  |  |  |  |
| 2 | CAPITAL ONE BANK USA NA |  |  |  |  |  |
| 3 | CAPITAL ONE BANK USA NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | FSB AMERICAN EXPRESS BANK | | | | | |
| 4 | PNC BANK N. A. | | | | | |
| 5 | PNC BANK N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-48821 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KAMAL ELAYYAN | | | | Date Filed (f) or Converted (c): | 12/04/2011 (f) |
| | | | | | 341(a) Meeting Date: | 01/17/2012 |
| For Period Ending: | 12/04/2014 | | | | Claims Bar Date: | 07/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND  Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  Checking Account at Chase Banl | 200.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD FURNISH.  Household Goods and Furniture  Location: 9306 S. Oketo Ave, Bridgeview IL 60455 | 750.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL  Wardrobe of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLE - 2004 BMW  2004 BMW 745LI 110,000 miles | 14,500.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE - 1998 Toyota  1998 Toyota Camry | 3,500.00 | 550.00 | | 0.00 | FA |
| 7. CONTINGENT CLAIMS (u)  Settlement with GlaxoSmithKline ("GSK") re: Avandia claim. Case No. 211031 | 0.00 | 105,054.40 | | 105,054.40 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $19,550.00    $105,604.40    $105,054.40    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Case 11-48821    Doc 45    Filed 01/08/15    Entered 01/08/15 11:22:45    Desc Main
Document      Page 10 of 17

Status April 2014:   Trustee moved to reopen case to administer PI claim proceeds received from counsel for plaintiff group, which includes debtor, related to unscheduled personal injury claim from debtor's use of diabetes drug. Court entered order reopening case on April 15, 2014 [Dkt. 36]. Proceeds of $40,484 were received in March 2014 and $15,647 balance of proceeds was received in April 2014. Bar date is set for 7-17-2014 [Dkt. 31].

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/30/2015          Current Projected Date of Final Report (TFR): 09/30/2014

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0695 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/04/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/14 | | WILLIAMS, KHERKHER, HART & BOUNDAS, 8441 Gulf Freeway, Suite 600 Houston, TX 77017 713-230-2200 | AVANDIA CLAIM (Interim Pymt) | | $40,464.49 | | $40,464.49 |
| | | | Gross Receipts $89,406.80 | | | | |
| | | PAYMENT TO MEDICARE/LIEN HOLDERS WILLIAMS, KHERKHER, HART & BOUNDAS Payment for Court Order Medicaid Lien & Admin. Fee. | Government Liens ($5,888.28) | 4210-000 | | | |
| | | COURT ORDERED ADMIN EXPENSES FOR PI WILLIAMS, KHERKHER, HART & BOUNDA Court Ordered Multi-District Litigation Expense charge (0.75 of Gross Settlement) | Court Order Multi District LIT Exp ($787.91) | 2990-000 | | | |
| | | WILLIAMS KHERKHER HART & BOUNDAS WILLIAMS, KHERKHER, HART & BOUNDAS | PI Attorneys Expenses ($244.36) | 3702-000 | | | |
| | | COURT ORDERED ADMIN EXPENSES FOR PI WILLIAMS, KHERKHER, HART & BOUNDAS (6.25% of Gross Settlement) | Court Ordered MDL PSC Fee Charge ($6,565.90) | 2990-000 | | | |
| | | WILLIAMS KHERKHER HEART BOUNDAS WILLIAMS, KHERKHER, HART & BOUNDAS, | PI Attorneys Fee 40.0% ($35,455.86) | 3701-000 | | | |
| | 7 | | CONTINGENT CLAIMS $89,406.80 | 1249-000 | | | |
| 04/04/14 | 7 | WILLIAMS KHERKHER HART & BOUNDAS, L 8441 Gulf Freeway, Suite 600 Houston, TX 77017 | AVANDIA CLAIM (Final Pymt) | 1249-000 | $15,647.60 | | $56,112.09 |

| | | Page Subtotals: | $56,112.09 | $0.00 |
|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48821 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | KAMAL ELAYYAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0695 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6670 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/04/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Term: 02/01/14 to 02/01/15 Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $25.01 | $56,087.08 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $56,077.08 |
| 04/16/14 | 300002 | ELAYYAN, KAMAL 9306 S. OKETO AVEBRIDGEVIEW, IL 60455 | Personal Injury Exemption of $15,000.00 against Avandia Claim settlement with Glaxo Smith Kline ("GSK") per Williams & Kherkher (713-230-2200). | 8100-002 | | $15,000.00 | $41,077.08 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $68.35 | $41,008.73 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.97 | $40,947.76 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.91 | $40,888.85 |
| 10/01/14 | | Vanguard Windsor II Fund | Posted to Wrong Estate | 1280-000 | $7,500.00 | | $48,388.85 |
| 10/02/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7,500.00 | $40,888.85 |
| 10/02/14 | 300011 | Vanguard Windsor II Fund | Posted to Wrong Estate | 1280-000 | ($7,500.00) | | $33,388.85 |
| 11/07/14 | 300003 | N. NEVILLE REID AS CHAPTER 7 TRUSTEE for the Estate of Kamal Elayyan 200 W. Madison Street, Suite 3000 Chicago, IL 60606 | Trustee Compensation per Dkt. 42 | 2100-000 | | $7,752.72 | $25,636.13 |

Page Subtotals: $0.00  $30,475.96

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48821 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | KAMAL ELAYYAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0695 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6670 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/04/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 300004 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Compensation for Fees $3,865.50 and Expenses 0 per Dkt. 43 Order From January 1, 2014 through August 31, 2014 | 3110-000 | | $3,865.50 | $21,770.63 |
| 11/07/14 | 300005 | United States Bankruptcy Court<br>Attn: Finance Dept.<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $21,510.63 |
| 11/07/14 | 300006 | ATLAS ACQUISITIONS LLC ASSIGNEE OF<br>FIRST EQUITY CARD CORPORATION<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 71.00 % per court order. | 7100-000 | | $3,677.72 | $17,832.91 |
| 11/07/14 | 300007 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Distribution | | | $3,995.17 | $13,837.74 |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 2 representing a payment of 71.00 % per court order. | ($1,364.27) | 7100-000 | | |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 3 representing a payment of 71.00 % per court order. | ($2,630.90) | 7100-000 | | |
| 11/07/14 | 300008 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Distribution | | | $8,316.31 | $5,521.43 |
| | | PNC BANK N. A. | Final distribution to claim 4 representing a payment of 71.00 % per court order. | ($2,232.45) | 7100-000 | | |
| | | PNC BANK N. A. | Final distribution to claim 5 representing a payment of 71.00 % per court order. | ($6,083.86) | 7100-000 | | |

Page Subtotals: $0.00   $20,114.70

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0695 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/04/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 300009 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 6 representing a payment of 71.00 % per court order. | 7100-000 | | $2,925.84 | $2,595.59 |
| 11/07/14 | 300010 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 71.00 % per court order. | 7100-000 | | $2,595.59 | $0.00 |
| 11/10/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) Reversal Entered in Error | 2600-000 | | ($7,500.00) | $7,500.00 |
| 11/10/14 | 300005 | United States Bankruptcy Court<br>Attn: Finance Dept.<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. Reversal Incorrect Distribution Amount | 2700-000 | | ($260.00) | $7,760.00 |
| 11/10/14 | 300006 | ATLAS ACQUISITIONS LLC ASSIGNEE OF<br>FIRST EQUITY CARD CORPORATION<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 71.00 % per court order. Reversal Incorrect Distribution Amount | 7100-000 | | ($3,677.72) | $11,437.72 |
| 11/10/14 | 300007 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Distribution Reversal Incorrect Distribution Amount | | | ($3,995.17) | $15,432.89 |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 2 representing a payment of 71.00 % per court order.  $1,364.27 | 7100-000 | | | |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 3 representing a payment of 71.00 % per court order.  $2,630.90 | 7100-000 | | | |
| 11/10/14 | 300008 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Distribution Reversal Incorrect Distribution Amount | | | ($8,316.31) | $23,749.20 |

Page Subtotals:  $0.00  ($18,227.77)

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48821 | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | KAMAL ELAYYAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0695 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6670 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/04/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PNC BANK N. A. | Final distribution to claim 4 representing a payment of 71.00 % per court order. | $2,232.45 | 7100-000 | | | |
| | | PNC BANK N. A. | Final distribution to claim 5 representing a payment of 71.00 % per court order. | $6,083.86 | 7100-000 | | | |
| 11/10/14 | 300009 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 6 representing a payment of 71.00 % per court order.<br>Reversal<br>Incorrect Distribution Amount | | 7100-000 | | ($2,925.84) | $26,675.04 |
| 11/10/14 | 300010 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 71.00 % per court order.<br>Reversal<br>Incorrect Distribution Amount | | 7100-000 | | ($2,595.59) | $29,270.63 |
| 11/11/14 | 300012 | United States Bankruptcy Court<br>Attn: Finance Dept.<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | | 2700-000 | | $260.00 | $29,010.63 |
| 11/11/14 | 300013 | ATLAS ACQUISITIONS LLC ASSIGNEE OF<br>FIRST EQUITY CARD CORPORATION<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 95.75 % per court order. | | 7100-000 | | $4,960.01 | $24,050.62 |
| 11/11/14 | 300014 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Distribution | | | | $5,388.15 | $18,662.47 |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 2 representing a payment of 95.75 % per court order. | ($1,839.95) | 7100-000 | | | |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 3 representing a payment of 95.75 % per court order. | ($3,548.20) | 7100-000 | | | |

| | | | Page Subtotals: | | | $0.00 | $5,086.73 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0695 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/04/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/11/14 | 300015 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Distribution | | | $11,215.92 | $7,446.55 |
| | | PNC BANK N. A. | Final distribution to claim 4 representing a payment of 95.75 % per court order.    ($3,010.83) | 7100-000 | | | |
| | | PNC BANK N. A. | Final distribution to claim 5 representing a payment of 95.75 % per court order.    ($8,205.09) | 7100-000 | | | |
| 11/11/14 | 300016 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 95.75 % per court order. | 7100-000 | | $3,945.98 | $3,500.57 |
| 11/11/14 | 300017 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 95.75 % per court order. | 7100-000 | | $3,500.57 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $56,112.09 | $56,112.09 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $56,112.09 | $56,112.09 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $56,112.09 | $41,112.09 |

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Page Subtotals: $0.00    $18,662.47

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0695 - Checking Account (Non-Interest Earn | $56,112.09 | $41,112.09 | $0.00 |
| | $56,112.09 | $41,112.09 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $48,942.31 |
| Total Net Deposits: | $56,112.09 |
| Total Gross Receipts: | $105,054.40 |

Page Subtotals: $0.00 $0.00