# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAMAL ELAYYAN | § | Case No. 1:11-48821-JPC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 12,650.00                      Assets Exempt: 21,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 38,069.41       Claims Discharged
                                                  Without Payment: 42,855.27

Total Expenses of Administration: 55,418.03

---

3) Total gross receipts of $ 111,660.25  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 18,172.81  (see **Exhibit 2**), yielded net receipts of $ 93,487.44  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,217.00 | $ 5,888.28 | $ 5,888.28 | $ 5,888.28 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 55,418.03 | 55,418.03 | 55,418.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,823.00 | 32,167.40 | 32,167.40 | 32,181.13 |
| **TOTAL DISBURSEMENTS** | $ 61,040.00 | $ 93,473.71 | $ 93,473.71 | $ 93,487.44 |

4)  This case was originally filed under chapter 7 on  12/04/2011 .  The case was pending for 73 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/17/2017                    By:/s/N. Neville Reid, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIM - ADVANDIA | 1229-000 | 6,605.85 |
| CONTINGENT CLAIMS | 1249-000 | 105,054.40 |
| Non-Estate Receipts | 1280-000 | 0.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 111,660.25** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELAYYAN, KAMAL | Exemptions | 8100-002 | 3,172.81 |
| KAMAL ELAYYAN | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 18,172.81** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 7,217.00 | NA | NA | 0.00 |
| | PAYMENT TO MEDICARE/LIEN HOLDERS | 4210-000 | NA | 5,888.28 | 5,888.28 | 5,888.28 |
| TOTAL SECURED CLAIMS | | | $ 7,217.00 | $ 5,888.28 | $ 5,888.28 | $ 5,888.28 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 7,752.72 | 7,752.72 | 7,752.72 |
| Arthur B. Levine Company | 2300-000 | NA | 2.54 | 2.54 | 2.54 |
| BOND PAYMENT | 2300-000 | NA | 25.01 | 25.01 | 25.01 |
| ASSOCIATED BANK | 2600-000 | NA | 198.23 | 198.23 | 198.23 |
| United States Bankruptcy Court | 2700-000 | NA | 520.00 | 520.00 | 520.00 |
| COURT ORDERED ADMIN EXPENSES FOR PI | 2990-000 | NA | 7,353.81 | 7,353.81 | 7,353.81 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 3,865.50 | 3,865.50 | 3,865.50 |
| WILLIAMS KHERKHER HEART BOUNDAS | 3701-000 | NA | 35,455.86 | 35,455.86 | 35,455.86 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAMS KHERKHER HART & BOUNDAS | 3702-000 | NA | 244.36 | 244.36 | 244.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 55,418.03 | $ 55,418.03 | $ 55,418.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| | Bac/Fleet-Bkcard 200 Tournament Dr Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank Usa, Na Po Box 9180 Pleasanton, CA 94566 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank Usa, Na Po Box 9180 Pleasanton, CA 94566 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,928.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,822.00 | NA | NA | 0.00 |
| | Citibank Po Box 22828 Rochester, NY 14692 | | 24,206.00 | NA | NA | 0.00 |
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 4,288.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Verizon Wireless/Great 1515 Woodfield Rd Ste140 Schaumburg, IL 60173 | | 408.00 | NA | NA | 0.00 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 4,121.00 | 4,121.03 | 4,121.03 | 4,121.03 |
| 6-Interest | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 628.04 | 628.04 | 632.65 |
| 1 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | 7100-000 | 5,180.00 | 5,180.04 | 5,180.04 | 5,180.04 |
| 1-Interest | ATLAS ACQUISITIONS LLC ASSIGNEE OF | 7100-000 | NA | 56.57 | 56.57 | 56.99 |
| 2 | CAPITAL ONE BANK USA NA | 7100-000 | 2,021.00 | 1,921.57 | 1,921.57 | 1,921.57 |
| 2-Interest | CAPITAL ONE BANK USA NA | 7100-000 | NA | 20.98 | 20.98 | 21.13 |
| 3 | CAPITAL ONE BANK USA NA | 7100-000 | 3,705.00 | 3,705.60 | 3,705.60 | 3,705.60 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-Interest | CAPITAL ONE BANK USA NA | 7100-000 | NA | 40.47 | 40.47 | 40.77 |
| 7 | FSB AMERICAN EXPRESS BANK | 7100-000 | NA | 3,655.86 | 3,655.86 | 3,655.86 |
| 7-Interest | FSB AMERICAN EXPRESS BANK | 7100-000 | NA | 995.86 | 995.86 | 1,003.17 |
| 4 | PNC BANK N. A. | 7100-000 | 3,144.00 | 3,144.39 | 3,144.39 | 3,144.39 |
| 4-Interest | PNC BANK N. A. | 7100-000 | NA | 34.34 | 34.34 | 34.59 |
| 5 | PNC BANK N. A. | 7100-000 | NA | 8,569.08 | 8,569.08 | 8,569.08 |
| 5-Interest | PNC BANK N. A. | 7100-000 | NA | 93.57 | 93.57 | 94.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 53,823.00 | $ 32,167.40 | $ 32,167.40 | $ 32,181.13 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-48821 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KAMAL ELAYYAN | | | | Date Filed (f) or Converted (c): | 12/04/2011 (f) |
| | | | | | 341(a) Meeting Date: | 01/17/2012 |
| For Period Ending: | 11/17/2017 | | | | Claims Bar Date: | 07/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  CASH ON HAND<br><br>Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2.  FINANCIAL ACCOUNTS<br><br>Checking Account at Chase Banl | 200.00 | 0.00 | | 0.00 | FA |
| 3.  HOUSEHOLD GOODS<br><br>Household Goods and Furniture<br>Location: 9306 S. Oketo Ave, Bridgeview IL 60455 | 750.00 | 0.00 | | 0.00 | FA |
| 4.  WEARING APPAREL<br><br>Wardrobe of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 5.  VEHICLE - 2004 BMW<br><br>2004 BMW 745LI 110,000 miles | 14,500.00 | 0.00 | | 0.00 | FA |
| 6.  VEHICLE - 1998 Toyota<br><br>1998 Toyota Camry | 3,500.00 | 550.00 | | 0.00 | FA |
| 7.  CONTINGENT CLAIMS            (u)<br><br>Settlement with GlaxoSmithKline ("GSK") re: Avandia claim.<br>Case No. 211031 | 0.00 | 105,054.40 | | 105,054.40 | FA |
| 8.  CONTINGENT CLAIM - ADVANDIA (u)<br><br>Williams Kherkher - Final Deposit of Avandia Claim | Unknown | 0.00 | | 6,605.85 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-48821 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KAMAL ELAYYAN | | | | Date Filed (f) or Converted (c): | 12/04/2011 (f) |
| | | | | | 341(a) Meeting Date: | 01/17/2012 |
| For Period Ending: | 11/17/2017 | | | | Claims Bar Date: | 07/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | | $19,550.00 | $105,604.40 | | $111,660.25 | $0.00 |
|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2015: TFR approved and distributions made to creditors.  After making final distributions,  Trustee received additional unanticipated funds from the original settlement that funded those distributions.  Trustee will request UST reopen case per new procedures so he can administer additional funds.

Case Status March 24, 2016: The Trustee will file a Motion to Reopen case in order to administer additional settlement proceeds received post-distribution.

Initial Projected Date of Final Report (TFR): 12/30/2015          Current Projected Date of Final Report (TFR): 12/31/2016

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-48821

Case Name: KAMAL ELAYYAN

Taxpayer ID No: XX-XXX6670

For Period Ending: 11/17/2017

Trustee Name: N. Neville Reid, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX0695

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $54,824,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/14 | | WILLIAMS, KHERKHER, HART & BOUNDAS, 8441 Gulf Freeway, Suite 600Houston, TX 77017713-230-2200 | AVANDIA CLAIM (Interim Pymt) | | $40,464.49 | | $40,464.49 |
| | | | Gross Receipts                $89,406.80 | | | | |
| | | PAYMENT TO MEDICARE/LIEN HOLDERS WILLIAMS, KHERKHER, HART & BOUNDASPayment for Court Order Medicaid Lien &Admin. Fee. | Government Liens             ($5,888.28) | 4210-000 | | | |
| | | COURT ORDERED ADMIN EXPENSES FOR PI WILLIAMS, KHERKHER, HART & BOUNDACourt Ordered Multi-District LitigationExpense charge (0.75 of GrossSettlement) | Court Order Multi District LIT Exp             ($787.91) | 2990-000 | | | |
| | | WILLIAMS KHERKHER HART & BOUNDAS WILLIAMS, KHERKHER, HART & BOUNDAS | PI Attorneys Expenses             ($244.36) | 3702-000 | | | |
| | | COURT ORDERED ADMIN EXPENSES FOR PI WILLIAMS, KHERKHER, HART & BOUNDAS(6.25% of Gross Settlement) | Court Ordered MDL PSC Fee Charge             ($6,565.90) | 2990-000 | | | |
| | | WILLIAMS KHERKHER HEART BOUNDAS WILLIAMS, KHERKHER, HART & BOUNDAS, | PI Attorneys Fee 40.0%             ($35,455.86) | 3701-000 | | | |
| | 7 | | CONTINGENT CLAIMS             $89,406.80 | 1249-000 | | | |
| 04/04/14 | 7 | WILLIAMS KHERKHER HART & BOUNDAS, L 8441 Gulf Freeway, Suite 600Houston, TX 77017 | AVANDIA CLAIM (Final Pymt) | 1249-000 | $15,647.60 | | $56,112.09 |

Page Subtotals:                    $56,112.09              $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0695 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 11/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Term: 02/01/14 to 02/01/15 Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $25.01 | $56,087.08 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $56,077.08 |
| 04/16/14 | 300002 | ELAYYAN, KAMAL 9306 S. OKETO AVEBRIDGEVIEW, IL 60455 | Personal Injury Exemption of $15,000.00 against Avandia Claim settlement with Glaxo Smith Kline ("GSK") per Williams & Kherkher (713-230-2200). | 8100-002 | | $15,000.00 | $41,077.08 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $68.35 | $41,008.73 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.97 | $40,947.76 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.91 | $40,888.85 |
| 10/01/14 | | Vanguard Windsor II Fund | Posted to Wrong Estate | 1280-000 | $7,500.00 | | $48,388.85 |
| 10/02/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7,500.00 | $40,888.85 |
| 10/02/14 | 300011 | Vanguard Windsor II Fund | Posted to Wrong Estate | 1280-000 | ($7,500.00) | | $33,388.85 |
| 11/07/14 | 300003 | N. NEVILLE REID AS CHAPTER 7 TRUSTEE for the Estate of Kamal Elayyan 200 W. Madison Street, Suite 3000 Chicago, IL  60606 | Trustee Compensation per Dkt. 42 | 2100-000 | | $7,752.72 | $25,636.13 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $30,475.96 |

Case 11-48821   Doc 53   Filed 12/15/17   Entered 12/15/17 11:39:26   Desc Main
Document   Page 13 of 22

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-48821
Case Name: KAMAL ELAYYAN

Taxpayer ID No: XX-XXX6670
For Period Ending: 11/17/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0695
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 300004 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street, Suite 3000 Chicago, Illinois 60606 | Compensation for Fees $3,865.50 and Expenses 0 per Dkt. 43 Order From January 1, 2014 through August 31, 2014 | 3110-000 | | $3,865.50 | $21,770.63 |
| 11/07/14 | 300005 | United States Bankruptcy Court Attn: Finance Dept. 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $21,510.63 |
| 11/07/14 | 300006 | ATLAS ACQUISITIONS LLC ASSIGNEE OF FIRST EQUITY CARD CORPORATION 294 UNION ST. HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 71.00 % per court order. | 7100-000 | | $3,677.72 | $17,832.91 |
| 11/07/14 | 300007 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Distribution | | | $3,995.17 | $13,837.74 |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 2        ($1,364.27) representing a payment of 71.00 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 3        ($2,630.90) representing a payment of 71.00 % per court order. | 7100-000 | | | |
| 11/07/14 | 300008 | PNC BANK N. A. PNC BANK N.A. PO BOX 94982 CLEVELAND, OH 44101 | Distribution | | | $8,316.31 | $5,521.43 |
| | | PNC BANK N. A. | Final distribution to claim 4        ($2,232.45) representing a payment of 71.00 % per court order. | 7100-000 | | | |
| | | PNC BANK N. A. | Final distribution to claim 5        ($6,083.86) representing a payment of 71.00 % per court order. | 7100-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals:                    $0.00          $20,114.70

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-48821
Case Name: KAMAL ELAYYAN

Taxpayer ID No: XX-XXX6670
For Period Ending: 11/17/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0695
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 300009 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 71.00 % per court order. | | 7100-000 | | $2,925.84 | $2,595.59 |
| 11/07/14 | 300010 | FSB AMERICAN EXPRESS BANK AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 71.00 % per court order. | | 7100-000 | | $2,595.59 | $0.00 |
| 11/10/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) Reversal Entered in Error | | 2600-000 | | ($7,500.00) | $7,500.00 |
| 11/10/14 | 300005 | United States Bankruptcy Court Attn: Finance Dept. 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. Reversal Incorrect Distribution Amount | | 2700-000 | | ($260.00) | $7,760.00 |
| 11/10/14 | 300006 | ATLAS ACQUISITIONS LLC ASSIGNEE OF FIRST EQUITY CARD CORPORATION 294 UNION ST. HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 71.00 % per court order. Reversal Incorrect Distribution Amount | | 7100-000 | | ($3,677.72) | $11,437.72 |
| 11/10/14 | 300007 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Distribution Reversal Incorrect Distribution Amount | | | | ($3,995.17) | $15,432.89 |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 2 representing a payment of 71.00 % per court order. | $1,364.27 | 7100-000 | | | |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 3 representing a payment of 71.00 % per court order. | $2,630.90 | 7100-000 | | | |
| 11/10/14 | 300008 | PNC BANK N. A. PNC BANK N.A. PO BOX 94982 CLEVELAND, OH 44101 | Distribution Reversal Incorrect Distribution Amount | | | | ($8,316.31) | $23,749.20 |

Page Subtotals: $0.00 ($18,227.77)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No:  11-48821 | Trustee Name:  N. Neville Reid, Trustee |
| Case Name:  KAMAL ELAYYAN | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX0695 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No:  XX-XXX6670 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending:  11/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PNC BANK N. A. | Final distribution to claim 4 representing a payment of 71.00 % per court order. | $2,232.45 | 7100-000 | | | |
| | | PNC BANK N. A. | Final distribution to claim 5 representing a payment of 71.00 % per court order. | $6,083.86 | 7100-000 | | | |
| 11/10/14 | 300009 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 71.00 % per court order. Reversal Incorrect Distribution Amount | 7100-000 | | ($2,925.84) | $26,675.04 |
| 11/10/14 | 300010 | FSB AMERICAN EXPRESS BANK AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 71.00 % per court order. Reversal Incorrect Distribution Amount | 7100-000 | | ($2,595.59) | $29,270.63 |
| 11/11/14 | 300012 | United States Bankruptcy Court Attn: Finance Dept. 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $29,010.63 |
| 11/11/14 | 300013 | ATLAS ACQUISITIONS LLC ASSIGNEE OF FIRST EQUITY CARD CORPORATION 294 UNION ST. HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 95.75 % per court order. | 7100-000 | | $4,960.01 | $24,050.62 |
| 11/11/14 | 300014 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Distribution | | | $5,388.15 | $18,662.47 |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 2 representing a payment of 95.75 % per court order. | ($1,839.95) | 7100-000 | | | |
| | | CAPITAL ONE BANK USA NA | Final distribution to claim 3 representing a payment of 95.75 % per court order. | ($3,548.20) | 7100-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals:                              $0.00          $5,086.73

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0695 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 11/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/11/14 | 300015 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Distribution | | | $11,215.92 | $7,446.55 |
| | | PNC BANK N. A. | Final distribution to claim 4 ($3,010.83) representing a payment of 95.75 % per court order. | 7100-000 | | | |
| | | PNC BANK N. A. | Final distribution to claim 5 ($8,205.09) representing a payment of 95.75 % per court order. | 7100-000 | | | |
| 11/11/14 | 300016 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 95.75 % per court order. | 7100-000 | | $3,945.98 | $3,500.57 |
| 11/11/14 | 300017 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 95.75 % per court order. | 7100-000 | | $3,500.57 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $56,112.09 | $56,112.09 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $56,112.09 | $56,112.09 |
| Less: Payments to Debtors | | $0.00 | $15,000.00 |
| Net | | $56,112.09 | $41,112.09 |

Page Subtotals:    $0.00    $18,662.47

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-48821
Case Name: KAMAL ELAYYAN

Taxpayer ID No: XX-XXX6670
For Period Ending: 11/17/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0752
Checking
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/15 | 8 | William, Kherkher, Hart & Boundas, LLP 8148 Gulf Freeway, Ste 600 Houston, Texas 77017 713-230-2200 | Avandia final settlement payment | 1229-000 | $6,605.85 | | $6,605.85 |
| 03/26/15 | 500001 | Arthur B. Levine Company Adams Levine Surety Bond Agency 60 East 42nd Street, Room 965 New York, New York 10165 212-986-7470 | Chpt. 7 Blanket Bond Premium (Feb. 1, 2015 to Feb. 1, 2016) for Bond Number 10BSBGR6291 | 2300-000 | | $2.54 | $6,603.31 |
| 12/15/16 | 500002 | United States Bankruptcy Court Attn: Finance Dept. 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $6,343.31 |
| 12/15/16 | 500003 | ATLAS ACQUISITIONS LLC ASSIGNEE OF FIRST EQUITY CARD CORPORATION 294 UNION ST. HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $220.03 | $6,123.28 |
| 12/15/16 | 500004 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $81.62 | $6,041.66 |
| 12/15/16 | 500005 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $157.40 | $5,884.26 |
| 12/15/16 | 500006 | PNC BANK N. A. PNC BANK N.A. PO BOX 94982 CLEVELAND, OH 44101 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 | | $133.56 | $5,750.70 |
| 12/15/16 | 500007 | PNC BANK N. A. PNC BANK N.A. PO BOX 94982 CLEVELAND, OH 44101 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 7100-000 | | $363.99 | $5,386.71 |

Page Subtotals: $6,605.85   $1,219.14

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  11-48821
Case Name:  KAMAL ELAYYAN

Taxpayer ID No:  XX-XXX6670
For Period Ending:  11/17/2017

Trustee Name:  N. Neville Reid, Trustee
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX0752
Checking
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/16 | 500008 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 7100-000 | | $175.05 | $5,211.66 |
| 12/15/16 | 500009 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 7100-000 | | $155.29 | $5,056.37 |
| 12/15/16 | 500010 | ATLAS ACQUISITIONS LLC ASSIGNEE OF<br>FIRST EQUITY CARD CORPORATION<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 63.02 % per court order. | 7100-000 | | $35.65 | $5,020.72 |
| 12/15/16 | 500011 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 63.02 % per court order. | 7100-000 | | $13.22 | $5,007.50 |
| 12/15/16 | 500012 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 3 representing a payment of 63.02 % per court order. | 7100-000 | | $25.51 | $4,981.99 |
| 12/15/16 | 500013 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Final distribution to claim 4 representing a payment of 63.02 % per court order. | 7100-000 | | $21.64 | $4,960.35 |
| 12/15/16 | 500014 | PNC BANK N. A.<br>PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Final distribution to claim 5 representing a payment of 63.02 % per court order. | 7100-000 | | $58.97 | $4,901.38 |
| 12/15/16 | 500015 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 63.02 % per court order. | 7100-000 | | $2,597.27 | $2,304.11 |

Page Subtotals:                                   $0.00         $3,082.60

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|

Case No: 11-48821
Case Name: KAMAL ELAYYAN

Taxpayer ID No: XX-XXX6670
For Period Ending: 11/17/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0752
Checking
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/16 | 500016 | FSB AMERICAN EXPRESS BANK AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 63.02 % per court order. | 7100-000 | | $2,304.11 | $0.00 |
| 01/09/17 | 500015 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 63.02 % per court order. Reversal | 7100-000 | | ($2,597.27) | $2,597.27 |
| 01/09/17 | 500016 | FSB AMERICAN EXPRESS BANK AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 63.02 % per court order. Reversal | 7100-000 | | ($2,304.11) | $4,901.38 |
| 08/03/17 | 500017 | ATLAS ACQUISITIONS LLC ASSIGNEE OF FIRST EQUITY CARD CORPORATION 294 UNION ST. HACKENSACK, NJ 07601 | Final distribution to Claim 1 per Dkt. 52, representing balance of accrued interest as all principal has been paid. | 7100-000 | | $21.34 | $4,880.04 |
| 08/03/17 | 500018 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to Claim 2 per Dkt. 52, representing balance of accrued interest as all principal has been paid. | 7100-000 | | $7.91 | $4,872.13 |
| 08/03/17 | 500019 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to Claim 3 per Dkt. 52, representing balance of accrued interest as all principal has been paid. | 7100-000 | | $15.26 | $4,856.87 |
| 08/03/17 | 500020 | PNC BANK N.A. PNC BANK N.A. PO BOX 94982 CLEVELAND, OH 44101 | Final distribution to Claim 4 per Dkt. 52, representing balance of accrued interest as all principal has been paid. | 7100-000 | | $12.95 | $4,843.92 |
| 08/03/17 | 500021 | PNC BANK N. A. PNC BANK N.A. PO BOX 94982 CLEVELAND, OH 44101 | Final distribution to Claim 5 per Dkt. 52, representing balance of accrued interest as all principal has been paid. | 7100-000 | | $35.29 | $4,808.63 |

Page Subtotals:    $0.00    ($2,504.52)

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-48821 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: KAMAL ELAYYAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0752 |
| | Checking |
| Taxpayer ID No: XX-XXX6670 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 11/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/03/17 | 500022 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final distribution to Claim 6 per Dkt. 52, representing balance of accrued interest as all principal has been paid. | 7100-000 | | $632.65 | $4,175.98 |
| 08/03/17 | 500023 | FSB AMERICAN EXPRESS BANK AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to Claim 7 per Dkt. 52, representing balance of accrued interest as all principal has been paid. | 7100-000 | | $1,003.17 | $3,172.81 |
| 08/03/17 | 500024 | KAMAL ELAYYAN 9306 S. OKETO AVE BRIDGEVIEW, IL 60455 | Final distribution per Dkt. 52, representing a surplus payable to debtor as all principal and accrued interest has been paid to creditors. | 8200-000 | | $3,172.81 | $0.00 |
| 10/12/17 | 500024 | KAMAL ELAYYAN 9306 S. OKETO AVE BRIDGEVIEW, IL 60455 | Final distribution per Dkt. 52, representing a surplus payable to debtor as all principal and accrued interest has been paid to creditors. Reversal | 8200-000 | | ($3,172.81) | $3,172.81 |
| 10/13/17 | 500025 | Kamal Elayyan 8028 Natchez Burbank, IL 60459 | Reversal Inadvertent typing error of disbursement amount. | 8200-000 | | ($3,172.92) | $6,345.73 |
| 10/13/17 | 500025 | Kamal Elayyan 8028 Natchez Burbank, IL 60459 | | 8200-000 | | $3,172.92 | $3,172.81 |
| 10/13/17 | 500026 | Kamal Elayyan 8028 Natchez Burbank, IL 60459 | Final distribution per Dkt. 52, representing a surplus payable to debtor as all principal and accrued interest has been paid to creditors. Initial disbursement check (#500024) was sent to an incorrect mailing address. | 8100-002 | | $3,172.81 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,605.85 | $6,605.85 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $4,808.63 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Case 11-48821    Doc 53    Filed 12/15/17    Entered 12/15/17 11:39:26    Desc Main
                    Document      Page 21 of 22

|  | | |
|---|---|---|
| Subtotal | $6,605.85 | $6,605.85 |
| Less: Payments to Debtors | $0.00 | $3,172.81 |
| Net | $6,605.85 | $3,433.04 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0695 - Checking Account (Non-Interest Earn | $56,112.09 | $41,112.09 | $0.00 |
| XXXXXX0752 - Checking | $6,605.85 | $3,433.04 | $0.00 |
| | $62,717.94 | $44,545.13 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | $48,942.31 | | |
| Total Net Deposits: | $62,717.94 | | |
| Total Gross Receipts: | $111,660.25 | | |